No. 02–1121. SANDSTAD *v.* CB RICHARDS ELLIS, INC. C. A. 5th Cir. Certiorari denied.

No. 02–1178. MCKILLOP *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–1186. PRONSOLINO ET AL. *v.* NASTRI, REGIONAL ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, REGION 9, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–1225. TOCCO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–1271. CITY OF CHARLESTON, SOUTH CAROLINA *v.* A FISHERMAN'S BEST, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–1304. ESPLANADE PROPERTIES, LLC *v.* CITY OF SEATTLE, WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 02–1314. KANSAS ET AL. *v.* ROBINSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–1317. COOK *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 02–1326. MICK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–1344. DIAS *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 1st Cir. Certiorari denied.

No. 02–1353. TENENBAUM *v.* WHITE, SECRETARY OF THE ARMY. C. A. 6th Cir. Certiorari denied.

No. 02–1355. BARSTOW *v.* INTERNAL REVENUE SERVICE. C. A. 9th Cir. Certiorari denied.

No. 02–1482. OAKLEY-AVALON, L. P. *v.* DEAN ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.